UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER ANN BOICE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:11CV701 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER

This matter is before the Court on Petitioner's Motion for Extension of Time to Amend Instant 2255 Motion and Reply to Government's Response, Pursuant to Rule 6 of the Federal Rules of Civil Procedure and for Production of Documents, Pursuant to Rule 26 of the Federal Rules of Civil Procedure. (Doc. No. 16). In its Motion, Petitioner seeks copies of the "pseudoephedrine logs" and an additional thirty (30) days to reply to the government's brief. The Court denies Petitioner's discovery request but grants Petitioner's request for additional time to file her reply brief.

Accordingly,

**IT IS HEREBY ORDERED** that Motion for Extension of Time to Amend Instant 2255 Motion and Reply to Government's Response, Pursuant to Rule 6 of the Federal Rules of Civil Procedure and for Production of Documents, Pursuant to Rule 26 of the Federal Rules of Civil Procedure (Doc. No. 16) is **GRANTED**, in part, and **DENIED**, in part. Petitioner is granted an additional thirty (30) days to file her reply to the government's brief. Petitioner's request for copies of the "pseudoephedrine logs" is denied.

- 2 -

Dated this  9th  day of September, 2011.

                                                /s/Jean C. Hamilton

                                                UNITED STATES DISTRICT JUDGE